**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** | Case No: 24-34218-SWE-13 |
| **TADARIEN CORTEZ GILES** | Hearing Date:  2/27/2025 |
| Debtor | |

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation**

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held on 2/27/2025**. Pre-hearing conferences will be held by phone and email the week of 2/27/2025.** Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney  **n later than 4:00 P. M.** on 02/26/2025.

Any objection to the Pleadings not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court on 2/27/2025 by Webex beginning at 2:00 P.M..

You may access the Webex Hearings at the following:
**Judge Everett - https://us-courts.webex.com/meet/everett**
**Access Webex instructions at**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates**

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| **Debtor:** | TADARIEN CORTEZ GILES, 2045 SOUTH FORUM DR APT 5115, GRAND PRAIRIE, TX  75052 |
| **Attorney:** | ALLMAND LAW FIRM PLLC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054 |
| **Court:** | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242 |
| **Trustee:** | TRUSTEE'S OFFICE, 105 DECKER CT, SUITE #1150, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 24-34218-SWE-13**
**TADARIEN CORTEZ GILES**

## Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

- Debtor: TADARIEN CORTEZ GILES, 2045 SOUTH FORUM DR APT 5115, GRAND PRAIRIE, TX  75052
- Attorney: ALLMAND LAW FIRM PLLC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX  76054**
- Creditors:
  - ANECA FEDERAL CREDIT UNION, 4361 YOUREE DR, SHREVEPORT, LA  71105
  - AT AND T, PO BOX 6416, CAROL STREAM, IL  60197
  - ATTORNEY GENERAL OF TEXAS, 1600 PACIFIC, STE 700, DALLAS, TX  75201**
  - ATTORNEY GENERAL OF TEXAS, 400 S ZANG, STE 1100, DALLAS, TX  75208**
  - CBE GROUP, PO BOX 3251, MILWAUKEE, WI  53201-3251
  - COPELAND GRAND PRAIRIE LLC, 2045 S FORM DRIVE SUITE 5 5115, GRAND PRAIRIE, TX  75052-1190
  - HUNTER WARFIELD, 4620 WOODLAND CORPORATE BLVD, TAMPA, FL  33614**
  - INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA  19101-7317**
  - INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA  19101-7346**
  - LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 MAPLE AVE, SUITE 800, DALLAS, TX  75219
  - LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603**
  - NTTA, PO BOX 660244, DALLAS, TX  75266-0244**
  - OWINGS AUTO CENTERS, 519 E DIVISION ST, ARLINGTON, TX  76011
  - PATHFINDER CREDIT SERV, ATTN BANKRUPTCY, 4465 W GANDY BLVD, TAMPA, FL  33611-3380
  - STATE COMPTROLLER, REVENUE ACCOUNTING DIV BANKRUP, PO BOX 13528, AUSTIN, TX  78711**
  - TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX  78711-3127**
  - TEXAS WORKFORCE COMMISSION, TEC BUILDING- BANKRUPTCY, 101 EAST 15TH ST, AUSTIN, TX  78778**
  - TXU ENERGY, ATTN: BANKRUPTCY, PO BOX 650393, DALLAS, TX  75265-0393**
  - US ATTORNEY, 1100 COMMERCE ST 3RD FL, DALLAS, TX  75242-1699**
  - US ATTORNEY, DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC  20530-0001

** Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 01/23/2025

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700