Clayton L. Everett
State Bar No. 24065212
NORRED LAW, PLLC
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Attorney for Owings Auto Center, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br>Tadarien Cortez Giles,<br><br>Debtor.<br><br><br>Owings Auto Center, LLC,<br>Movant,<br><br>Vs.<br><br>Tadarien Cortez Giles,<br>Respondent. | Case No. 24-34218-swe<br><br>Chapter 13<br><br><br><br><br><br>Preliminary Hearing Date:<br>*February 19, 2025, at 1:30p.m.* |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the preliminary hearing on Owings Auto Center, LLC's *Motion for Relief From Automatic Stay* (Dkt. No. 11, the "Motion") has been set for **Wednesday, February 19, 2025, at 1:30p.m.** before the Honorable Scott W. Everett via WebEx video conference at the following link:

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1-650-479-3207

Access Code:  2304 017 9738

A responding party must serve evidentiary affidavits at least 2 days in advance of a preliminary hearing on this Motion under LBR 4001-1(e)(1).

DATED: January 31, 2025.

Respectfully submitted,

*/s/ Clayton L. Everett*
Clayton L. Everett
Texas State Bar No. 24065212
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Attorney for Owings Auto Center, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, a true and correct copy of the above notice shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

*Via CM/ECF to Counsel for Debtor(s)*:

Christopher Anderson
Allmand Law Firm, PLLC
860 Airport Fwy. Suite 401
Hurst, TX 76054

*Via US Mail to Debtor(s)*:

Tadarien Cortez Giles
2045 South Forum Dr. Apt. 5115
Grand Prairie, TX 75052

*Via CM/ECF to Chapter 13 Trustee:*

Thomas Powers
105 Decker Court, Suite 1150
Irving, TX 75062

*Via CM/ECF to US Trustee*:

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202

*/s/ Clayton L. Everett*
Clayton L. Everett